# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17CR234 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RAFAEL JONES, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Thomas M. Parker's report and recommendation that the Court ACCEPT defendant Rafael Jones ("Defendant") plea of guilty and enter a finding of guilty against defendant. (Doc. No. 28.)

On June 21, 2017, the government filed an indictment against defendant. (Doc. No. 9.) On June 27, 2018, the government filed a Superseding Indictment against Defendant. (Doc. No. 24.) On July 17, 2018, this Court issued an order assigning this case to Magistrate Judge Parker for the purpose of receiving defendant's guilty plea. (Doc. No. 26.)

On July 17, 2018, a hearing was held in which defendant entered a plea of guilty to count 1 of the superseding indictment, charging him with being a Felon in Possession of a Firearm, in violation of 18 U.S.C. Section 922(g), and to count 2 of the superseding indictment, charging him with Distribution of a Controlled Substance – Resulting in Death, in violation of 18 U.S.C. Section 841(a)(1)(b)(1)(C). Magistrate Judge Parker received defendant's guilty plea and issued a report and recommendation ("R&R")

recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 28.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of counts 1 and 2 of the superseding indictment in violation of 18 U.S.C. Section 922(g) and 18 U.S.C. Section 841(a)(1)(b)(1)(C). The sentencing will be held on October 25, 2018 at 1:00 p.m.

**IT IS SO ORDERED**.

Dated: September 20, 2018

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**